MCDERMOTT WILL & EMERY LLP
James A. Pardo, NYB #861091 (*Pro Hac Vice*)
jpardo@mwe.com
Lisa A. Gerson, NYB #4518940 (*Pro Hac Vice*)
lgerson@mwe.com
One Vanderbilt Avenue
New York, NY 10017
Tel.: 212.547.5769; Fax: 646.224.8675
Marissa C. Krumm, CBN #323301
mkrumm@mwe.com
18565 Jamboree Road, Suite 250
Irvine, CA 92612-2565
Tel.: 949.851.0633; Fax: 949.851.9348

SHOOK, HARDY & BACON LLP
Adam E. Miller, MSBA #40945 (*Pro Hac Vice*)
amiller@shb.com
190 Carondelet Plaza, Suite 1350
St. Louis, MO 63105
Tel.: 314.690.0200; Fax: 314.690.0249

***Attorneys for Defendants***

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| COUNTY OF LOS ANGELES, political subdivision of the State of California; LOS ANGELES COUNTY FLOOD CONTROL DISTRICT, a special district, a municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION,<br><br>Defendants. | CASE NO. CV 19-4694-GW-AFMx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>District Judge: Honorable George H. Wu<br>Trial Date: N/A |

Based on the parties' stipulation, IT IS SO ORDERED.  The Clerk of the Court is directed to dismiss this matter with prejudice.  All other existing deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: January 3, 2023

*George H. Wu*

The Honorable George H. Wu
United States District Judge